**DISMISS and Opinion Filed March 19, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01271-CV

**ROBERT J. SHUMAKE, Appellant**
**V.**
**LUIS BARBOSA, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-04425-E**

## MEMORANDUM OPINION
Before Chief Justice Burns, Justice Molberg, and Justice Nowell
Opinion by Chief Justice Burns

Before the Court is appellee's February 26, 2020 motion to dismiss this appeal for want of prosecution. Our record shows appellant's brief in this case is overdue. By order dated January 24, 2020, we granted appellant's request for an extension of time to file his brief and ordered appellant's brief to be filed by February 24, 2020. By postcard dated March 3, 2020, we notified appellant his brief was overdue. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to do so might result in the dismissal of this appeal

without further notice.  To date, appellant has not filed a brief, filed an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we **GRANT** appellee's motion and dismiss this appeal.  *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).


/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

191271F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ROBERT J. SHUMAKE, Appellant

No. 05-19-01271-CV      V.

LUIS BARBOSA, Appellee

On Appeal from the County Court at Law No. 5, Dallas County, Texas Trial Court Cause No. CC-19-04425-E.

Opinion delivered by Chief Justice Burns. Justices Molberg and Nowell participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee LUIS BARBOSA recover his costs of this appeal from appellant ROBERT J. SHUMAKE.

Judgment entered March 19, 2020